| | |
|---|---|
| UNITED STATES DISTRICT COURT<br>SOUTHERN DISTRICT OF NEW YORK<br>------------------------------------- x<br><br>LOUIS R. ARRIOLA,<br><br>                Plaintiff,<br><br>         -against-<br><br>QT GLOBE, INC.,<br><br>               Defendant.<br>------------------------------------- x | USDC SDNY<br>DOCUMENT<br>ELECTRONICALLY FILED<br>DOC# _____<br>DATE FILED: 6/5/12<br><br>11 Civ. 7949 (LBS) (AJP)<br><br>**ORDER OF DISMISSAL ON CONSENT** |

**ANDREW J. PECK, United States Magistrate Judge:**

        The parties having informed the Court that they have reached a settlement agreement in principle and are finalizing settlement documents (see attached letter), IT IS HEREBY ORDERED THAT this action is dismissed with prejudice and without costs, provided, however, that any party may reinstate the action within 30 days hereof if the settlement is not fully effectuated. Any pending motions are to be terminated as moot.

        SO ORDERED.

DATED:    New York, New York
                June 5, 2012

                                                                          Andrew J. Peck
                                                                          United States Magistrate Judge

Copies **by ECF** to:    All Counsel
                               Judge Leonard B. Sand

**BECKER &**
**POLIAKOFF, LLP**



45 BROADWAY
NEW YORK, NY 10006
212.599.3322 PHONE
212.557.0295 FAX

WWW.BECKER-POLIAKOFF.COM
WWW.BECKERNY.COM

June 5, 2012

**By Fax: (212) 805-7933**

Hon. Andrew J. Peck, U.S.M.J.
United States District Court
Southern District of New York
Daniel Patrick Moynihan
United States Courthouse
500 Pearl Street
New York, New York 10007

    **Re:** *Arriola v. QT Globe, Inc.*
          **Case No. 1:11 cv 07949 (LBS) (AJP)**

Dear Judge Peck:

    We represent Plaintiff, Louis Arriola. We write with Defendant's consent to inform your Honor that the parties reached a settlement on May 25, 2012. Shortly thereafter, Defendant began making periodic payments as provided in the settlement agreement. Although the parties have exchanged executed copies of the settlement agreement as well as a stipulation of voluntary dismissal with prejudice, Defendant has not yet provided a notarized confession of judgment, which secures the deferred payments under the settlement agreement. Defendant has indicated that the notarized confession of judgment will be supplied as soon as Defendant's President, Eric Ramos, returns from Europe.

    As discussed with Your Honor this afternoon, the Court will enter an order today dismissing the case with prejudice and granting Plaintiff the right to reinstate this action within thirty (30) days in the event the confession of judgment is not received.

    Thank you for Your Honor's continued attention to this matter. We apologize for neglecting to inform the Court of the foregoing developments sooner. If Your Honor has any questions, please contact me.

LEGAL AND BUSINESS STRATEGISTS
MEMBERS OF CONSULEGIS AN INTERNATIONAL ASSOCIATION OF LAW FIRMS, AND NETWORK OF LEADING LAW FIRMS

**BECKER & POLIAKOFF, LLP**

Hon. Andrew J. Peck, U.S.M.J.
June 5, 2012
Page 2

Respectfully submitted,

Julie Gorchkova

cc: Michael Fishman, Esq. *(by email:* mfishman@mflawny.com*)*
    Hon. Leonard B. Sand *(by first-class mail)*

JUN-05-2012 16:50 Case 1:11-cv-07949-LBS-AJP  Document 24   Filed 06/05/12   Page 3 of 3    P.03
Becker Poliakoff, LLP